No. 91–1603.  SAVE BARTON CREEK ASSN., INC., ET AL. *v.* FEDERAL HIGHWAY ADMINISTRATION ET AL.  C. A. 5th Cir. Certiorari denied.

No. 91–1619.  VULPIS ET AL. *v.* UNITED STATES; and
No. 91–1620.  PACCIONE ET AL. *v.* UNITED STATES.  C. A. 2d Cir.  Certiorari denied.

No. 91–1617.  HULS ET AL. *v.* UNITED STATES.  C. A. 5th Cir. Certiorari denied.

No. 91–1636.  RENFROE *v.* UNITED STATES; and
No. 91–7625.  DANIELS *v.* UNITED STATES.  C. A. 6th Cir. Certiorari denied.

No. 91–1644.  VIRE, INDIVIDUALLY AND AS MOTHER AND PERSONAL REPRESENTATIVE OF THE ESTATE OF VIRE, ET AL. *v.* SECRETARY OF HEALTH AND HUMAN SERVICES.  C. A. Fed. Cir. Certiorari denied.

No. 91–1663.  ELLIS *v.* UNITED STATES.  C. A. 4th Cir.  Certiorari denied.

No. 91–1665.  CANNON *v.* COMMISSIONER OF INTERNAL REVENUE.  C. A. 10th Cir.  Certiorari denied.

No. 91–1688.  LUCAS *v.* SCHNEIDER NATIONAL CARRIERS, INC. C. A. 6th Cir.  Certiorari denied.

No. 91–1715.  SEA-LAND SERVICE, INC. *v.* FANOLI ET UX.  Sup. Ct. N. J.  Certiorari denied.

No. 91–1741.  ATCHISON, TOPEKA & SANTA FE RAILWAY CO. ET AL. *v.* SOUTHERN CALIFORNIA RAPID TRANSIT DISTRICT ET AL.  Sup. Ct. Cal.  Certiorari denied.

No. 91–1746.  QUINTERO-CRUZ ET AL. *v.* LOUISIANA.  Ct. App. La., 3d Cir.  Certiorari denied.